Rene Labre et al., Plaintiffs, *v.* Chris H. Nanz, Respondent, and New Rochelle Trust Company, Appellant, Impleaded with Others.

Argued January 17, 1939; decided February 21, 1939.

*Albert Ritchie* for appellant.

*Gerald FitzGerald* and *Lawrence T. Gross, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.